# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2012

143700

CARL A. SCHNORR,
      Plaintiff-Appellee,

v

TMR AMUSEMENTS, INC., d/b/a
LONGSHOT LANES BAR & GAMES,
      Defendant-Appellant,

and

JASON MICHAEL KRAUSE,
      Defendant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143700
COA: 296827
Huron CC: 08-004006-NS

On order of the Court, the application for leave to appeal the August 4, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2012

_____
Clerk

p0306